IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL FISHER,<br><br>   *Plaintiff*,<br><br>v.<br><br>TRANS UNION, LLC., *et al.*,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 19-679 |

## ORDER

**AND NOW**, this 23rd day of May, 2019, upon consideration of Discover Products Inc.'s Motion to Compel Arbitration (ECF No. 22), Plaintiff's Response (ECF No. 25) and Discover's Products Inc.'s Reply (ECF No. 27), it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's claim against Discover Products Inc. is referred for arbitration.

It is further **ORDERED** that Plaintiff's claim against Discover Products Inc. shall be **STAYED** and placed in **CIVIL SUSPENSE** pending the outcome of arbitration. Plaintiff and Discover Products Inc. shall submit to the Court status reports on the progress of the arbitration proceeding every ninety (90) days.

            BY THE COURT:

            ***/s/ Gerald J. Pappert***
            GERALD J. PAPPERT, J.